# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 9 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Louie Thomas Moses     Case Number: 0980 2:16CR00020-JLQ-1

Address of Offender:          Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: June 23, 2016

Original Offense:     Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1)

Original Sentence:    Prison - 366 days                Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Alison L. Gregoire              Date Supervision Commenced: February 24, 2017

Defense Attorney:     Federal Defender's Office       Date Supervision Expires: February 23, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #19:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On February 24, 2017, Mr. Moses was given a copy of his judgment, and his conditions of supervision were explained to him. At that time, Mr. Moses was instructed that any illegal drug use would be reported to the Court. Mr. Moses signed his judgment verifying that he understood his conditions.

On May 8, 2017, the undersigned officer received a call from Mr. Moses' mother, Terry Payne. Ms. Payne stated that Mr. Moses was currently at Deaconess Hospital in Spokane, Washington, due to a drug overdose on May 7, 2017.

The undersigned officer was able to speak to a case manager at Deaconess Hospital on May 9, 2017. The case manager verified that Mr. Moses was still in their care and that he had overdosed on heroin. The case manager went on to say that Mr. Moses was very close to death, but they were able to save his life. The hospital is sending over documentation to verify that Mr. Moses was admitted due to heroin use. The undersigned officer is awaiting the paperwork.

The undersigned officer spoke to Mr. Moses on May 9, 2017. Mr. Moses confirmed that he overdosed on heroin while at a friend's house. He reported he understands what he did was wrong and that it was a violation of his conditions of supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/09/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/ Justin L. Quackenbush

Justin L. Quackenbush
Senior United States District Judge

Signature of Judicial Officer
May 9, 2017

Date