Report Date: June 8, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 08, 2018

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Louie Thomas Moses     Case Number: 0980 2:16CR00020-WFN-1

Address of Offender:                              Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 23, 2016

Original Offense:       Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1)

Original Sentence:      Prison - 366 days            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Scott Jones                  Date Supervision Commenced: June 12, 2017

Defense Attorney:       Roger Peven                  Date Supervision Expires: April 11, 2020

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #13** : You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: On July 14, 2017, Mr. Moses was given a copy of his judgment, and his conditions of supervision were explained to him. At that time, Mr. Moses was instructed that any illegal drug use would be reported to the Court. Mr. Moses signed his judgment verifying that he understood his conditions.

Mr. Moses was in direct violation of standard condition number 13 by failing to follow the instructions of the undersigned officer.

Due to Mr. Moses' continued noncompliance, he was directed to report daily to the U.S. Probation Office. On June 8, 2018, Mr. Moses reported as directed and was instructed by the undersigned officer to stay in the office until a valid urine specimen was obtained.

Mr. Moses left the United States Probation Office. A voicemail was left for Mr. Moses directing him to report to the undersigned officer immediately. Mr. Moses returned roughly 45 minutes later and was still unable to provide a urine sample.

Prob12C
**Re: Moses, Louie Thomas**
**June 8, 2018**
**Page 2**

2        **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On July 14, 2017, Mr. Moses was given a copy of his judgment, and his conditions of supervision were explained to him. At that time, Mr. Moses was instructed that any illegal drug use would be reported to the Court. Mr. Moses signed his judgment verifying that he understood his conditions.

On June 8, 2018, Mr. Moses was in direct violation of special condition number 3 by failing to supply a urine sample as directed. The undersigned officer observed a unknown string around Mr. Moses' penis while he was attempting to provide a urine sample.

Mr. Moses reported to the probation office at 0845. He was then directed to supply a urine sample. Mr. Moses left the United States Probation Office for 45 minutes. Upon his return, the undersigned officer viewed a unknown string attached to Mr. Moses' penis while he was attempting to provide a urine sample. Mr. Moses was unable to provide a urine sample.

It should be noted that Mr. Moses spoke to the supervising United States Probation officer. At that time, Mr. Moses reported that he gave two urine samples this week and does not think he needs to give another sample.

Mr. Moses did attempt another urine sample at 1130. This was after drinking two bottles of water. He was still unable to provide a urine sample.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/08/2018
_____

s/Joshua Schull
_____

Joshua Schull
U.S. Probation Officer

THE COURT ORDERS
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

_____
Signature of Judicial Officer

 6/8/2018
_____
Date